**UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 6 2007
J. T. NOBLIN, CLERK
BY_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket No.:   3:99cr129HTW-JCS-001 |
| ) | |
| DARYL L. JACKSON ) | |

### ORDER CONTINUING TERM OF SUPERVISED RELEASE FOLLOWING REVOCATION HEARING

Daryl L. Jackson appeared before the court June 27, 2007 on a Petition to Revoke Supervised Release filed by the U.S. Probation Office. The Petition alleges, and the offender admitted, to violating the Court ordered conditions. He was convicted of new misdemeanor offenses in Flowood Municipal Court along with other technical violations. The Court found Daryl L. Jackson did violate the conditions of supervised release as charged in the Petition.

After considering recommendations from the U.S. Attorney's Office, the U.S. Probation Office, the Federal Public Defender's Office, and the offender's family; the Court will continue this hearing for six (6) months. Daryl Jackson's compliance with supervision will be reviewed at that time. All previously imposed standard and special conditions of supervised release in this Cause remain in effect.

SO DATED, this the 31st day of July, 2007

_____
HENRY T. WINGATE
CHIEF U.S. DISTRICT COURT JUDGE