

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA,                                     PLAINTIFF

vs.                                    CRIMINAL NO. 3:99-cr-129HTW-JCS

DARYL JACKSON                                               DEFENDANT

SANDERSON FARMS, INC.                                        GARNISHEE

## ORDER QUASHING GARNISHMENT

On motion ore tenus of the United States Attorney to quash the writ of garnishment issued in this action on the grounds that the defendant is no longer employed by the garnishee;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the writ of garnishment issued in this action on September 18, 2007, be and it is hereby quashed, and the garnishee, Placer Financial, Inc., is hereby dismissed.

ORDERED AND ADJUDGED this __17th__ day of ___March___, 2008.

_____
UNITED STATES DISTRICT JUDGE